IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT


     V.                    Civil No. 05-2110
                 Criminal No. 02-20042-001


ANTHONY GAIL COLLINS                         DEFENDANT/MOVANT


## O R D E R

On this 1st day of September 2005, there comes on for consideration the Report and Recommendation filed in this case on August 2, 2004, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 52.)  No objections to the Report and Recommendation have been filed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows:  The Report and Recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


/s/ Robert T. Dawson
_____
Robert T. Dawson
United States District Judge