IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                    Case No. 2:02cr20042

ANTHONY GAIL COLLINS                                            DEFENDANT

## ORDER

On October 26, 2011, Defendant appeared before the Court for a revocation hearing. Defendant admitted the violation set forth in the petition (doc. 55), and the Court revoked his term of supervised release. The Court ordered Defendant to remain on supervised release under the current conditions with more frequent drug testing and advised the U.S. Probation Office to detain Defendant upon any further violation of any condition of his supervised release. The Court deferred sentencing, and a sentencing hearing was scheduled for October 11, 2012, at 10:00 a.m. in Fort Smith.

IT IS SO ORDERED this 9th day of November 2011.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**